**Order filed, February 04, 2015.**



In The

# Fourteenth Court of Appeals
———————

**NO. 14-14-01007-CV**
———————

**THOMAS BEETS AND LESLIE BEETS, Appellant**

**V.**

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, Appellee**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV28146**

---

## ORDER

The reporter's record in this case was due **January 26, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Terri Diagle**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM